UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MARCIA KELLIER LIM-TOM, | § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:22-CV-01452 |
| COMMISSIONER OF SOCIAL SECURITY, | § § § § | |
| Defendant. | § § | |

## ORDER

Before the Court is United States Magistrate Judge Yvonne Y. Ho's Memorandum and Recommendation filed on June 9, 2023 (Doc. #18) and Defendant's Objections (Doc. #19). The Magistrate Judge's findings and conclusions are reviewed de novo. FED. R. CIV. P. 72(b); 28 U.S.C. § 636(b)(1); *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). Having reviewed the parties' arguments and applicable legal authority, the Court adopts the Memorandum and Recommendation as this Court's Order.

In summary, Plaintiff failed to identify any plausible conflict requiring remand. Therefore, Defendant's Motion for Summary Judgment (Doc. #13) is GRANTED, and Plaintiff's Motion for Summary Judgment (Doc. #15) is DENIED.

It is so ORDERED.

_____JUN 2 7 2023_____          _____/s/ Alfred H. Bennett_____
Date                              The Honorable Alfred H. Bennett
                                  United States District Judge